IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEBORAH LAUFER,<br>Plaintiff,<br>v.<br><br>MILAN HOTELS, LLC and CHOICE HOTELS<br>INTERNATIONAL, INC.<br>Defendants. | Case No.: 5:19-cv-1504 (GLS/ML) |

## VOLUNTARY DISCONTINUANCE

Plaintiff, by and through the undersigned counsel, hereby notifies This Court that this action is Voluntarily Dismissed over and against the Co-Defendant, CHOICE HOTELS INTERNATIONAL, INC. only, pursuant to FRCP Rule 41(A)(i) with prejudice, and without costs

Dated: New York, New York
February 3, 2020

FOR THE PLAINTIFF
DEBORAH LAUFER

By: *Peter Sverd*

Peter Sverd, Esq.
Of Counsel to Thomas B. Bacon, P.A.
225 Broadway, Ste 613
New York, NY 10007
ph. (646) 751-8743
psverd@sverdlawfirm.com