

THE LAW OFFICES OF
**PETER SVERD**
— P L L C —

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

**February 17, 2020**

**The Hon. Miroslav Lovric**
 **U.S. Magistrate Judge**
**Federal Building and U.S. Courthouse**
**15 Henry Street**
**Binghamton, NY 13901**

> **Re:** **Deborah Laufer v. Milan Hotels, LLC and Choice Hotels International Inc.,**
> **Case No.: 1:19-cv-1504 (BKS/ML)**
> **NOTICE OF SETTLEMENT**

**Greetings Judge Lovric,**

**Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action. The parties join in this Letter Motion seeking a stay of all court proceedings in this matter through March 17, 2020, while the settlement agreement is consummated.**

**Thank you for your attention and courtesy in this matter.**

**Very truly yours,**

*Peter Sverd*

 **Peter Sverd, Esq.**